UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Brian K. Pallante & Marianne Pallante,

Debtors.

| | |
|---|---|
| Case No.: | 22-13477-CMG |
| Chapter: | 13 |
| Hearing Date: | 8/3/2022 |
| Judge: | Gravelle |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 13)

_____

Date: 7/28/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*