UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK & COOPER
1500 JFK Blvd., Ste 220
Philadelphia, PA 19102
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s0

In Re:

Brian K. Pallante
Marianne Pallante

Case No.:     22-13477 (CMG)

Judge:     Christine M. Garvelle

Chapter:     13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by     MidFirst Bank    , creditor,

    A hearing has been scheduled for     September 7, 2022    , at   9:00 am  .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for         , at     .

    ☐ Certification of Default filed by         ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $         , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor(s) will make an immediate lump sum payment of $2,500.00. Balance of arrears will be paid through the Chapter 13 Plan. Debtor(s) will resume regular monthly payments September 1, 2022.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 22, 2022    /s/ Brian K. Pallante
Debtor's Signature

Date: August 22, 2022    /s/ Marianne Pallante
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*