Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13477−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian K. Pallante                   Marianne Pallante
4 Kent Court                        4 Kent Court
Mount Holly, NJ 08060               Mount Holly, NJ 08060

Social Security No.:
xxx−xx−2972                         xxx−xx−7324

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/28/2022 and a confirmation hearing on such Plan has been scheduled for 09/21/2022.

The debtor filed a Modified Plan on 09/14/2022 and a confirmation hearing on the Modified Plan is scheduled for 10/19/2022@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 15, 2022
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-13477-CMG

Brian K. Pallante  Chapter 13

Marianne Pallante

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 186 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Pallante, Marianne Pallante, 4 Kent Court, Mount Holly, NJ 08060-3271 |
| 519568753 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519568756 | + | Galaxy International Purchasing, Attn: CKS, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 519568759 | + | ISN Corp, 2000 N. Classen Blvd., Ste 3200, Oklahoma City, OK 73106-6034 |
| 519568760 | + | KML Law Group, 430 Mountain Ave, Ste 200, New Providence, NJ 07974-2731 |
| 519568766 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 519568769 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 519568775 | + | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519568776 | + | Tromberg Morris puolin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519570492 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 519568777 | + | Webbank/Velocity Investments, Attn: Asset Recovery Solutions, 2200 E. Devon Ave., Ste 200, Des Plaines, IL 60018-4501 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519568743 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 20:41:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519568744 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 20:46:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519584069 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 20:56:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519568745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 20:46:26 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519568747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 20:42:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519568748 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 20:42:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519568749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 20:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568750 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 22-13477-CMG    Doc 32    Filed 09/17/22    Entered 09/18/22 00:15:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 186 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519568751 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 15 2022 20:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568752 | + | Email/Text: kthompson@crownasset.com | Sep 15 2022 20:42:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519568754 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 15 2022 20:42:00 | Crown Asset Management, 3100 Breckenridge Blvd., Unit 725, Duluth, GA 30096-7605 |
| 519568755 | + | Email/Text: crdept@na.firstsource.com | Sep 15 2022 20:42:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519568758 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 20:42:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519568746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519568761 | | Email/Text: krivera@leadersfc.com | Sep 15 2022 20:45:11 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519568763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:41:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 519574247 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:56:42 | LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 519568762 | + | Email/Text: Documentfiling@lciinc.com | Sep 15 2022 20:46:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519648687 | + | Email/Text: Documentfiling@lciinc.com | Sep 15 2022 20:41:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519653802 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 15 2022 20:41:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519568764 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 15 2022 20:46:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519568765 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2022 20:46:24 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519625046 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 20:41:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519632435 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 20:42:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519640244 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 20:42:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519568767 | + | Email/Text: ngisupport@radiusgs.com | Sep 15 2022 20:42:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519568768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:41:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519568770 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 15 2022 20:46:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519654892 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:41:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519570590 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:46:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519568772 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:46:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Sep 15 2022 20:46:14 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 965060, Orlando, FL 32896-5060 |
| 519568774 | Email/Text: bankruptcy@td.com | Sep 15 2022 20:42:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519568773 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2022 20:41:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519568757 | ##+ | Hay, Hayt, Landau LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 519568771 | ##+ | Sunrun, 595 Market Street, 29th Floor, San Francisco, CA 94105-2842 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Brian K. Pallante bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Joint Debtor Marianne Pallante bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5