Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−13477−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian K. Pallante | Marianne Pallante |
| 4 Kent Court | 4 Kent Court |
| Mount Holly, NJ 08060 | Mount Holly, NJ 08060 |

Social Security No.:
   xxx−xx−2972                                              xxx−xx−7324

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2022.

Dated: October 20, 2022
JAN: dmi

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13477-CMG |
| Brian K. Pallante | Chapter 13 |
| Marianne Pallante | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 20, 2022 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Pallante, Marianne Pallante, 4 Kent Court, Mount Holly, NJ 08060-3271 |
| 519568753 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519568756 | + | Galaxy International Purchasing, Attn: CKS, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 519568759 | + | ISN Corp, 2000 N. Classen Blvd., Ste 3200, Oklahoma City, OK 73106-6034 |
| 519568760 | + | KML Law Group, 430 Mountain Ave, Ste 200, New Providence, NJ 07974-2731 |
| 519568766 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 519568769 | ++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 519568775 | + | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519568776 | + | Tromberg Morris puolin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519570492 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 519568777 | + | Webbank/Velocity Investments, Attn: Asset Recovery Solutions, 2200 E. Devon Ave., Ste 200, Des Plaines, IL 60018-4501 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519568743 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2022 20:31:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519568744 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 20:54:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519584069 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 20:54:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519568745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 20:54:40 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519568747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 20:31:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519568748 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 20:31:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519568749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 20:31:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568750 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 22-13477-CMG    Doc 39    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: plncf13 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 20 2022 20:31:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568751 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2022 20:32:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519568752 | + | Email/Text: kthompson@crownasset.com | Oct 20 2022 20:32:00 | Crown Asset Management, 3100 Breckenridge Blvd., Unit 725, Duluth, GA 30096-7605 |
| 519568754 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2022 20:32:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519568755 | + | Email/Text: crdept@na.firstsource.com | Oct 20 2022 20:32:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519568758 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2022 20:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519568746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2022 20:54:40 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519568761 | | Email/Text: krivera@leadersfc.com | Oct 20 2022 20:31:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 519568763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:11 | LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 519574247 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519568762 | + | Email/Text: Documentfiling@lciinc.com | Oct 20 2022 20:31:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519648687 | + | Email/Text: Documentfiling@lciinc.com | Oct 20 2022 20:31:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519653802 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 20 2022 20:54:40 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519568764 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 20 2022 20:54:37 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519568765 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 20:31:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519625046 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 20:31:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519632435 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 20:31:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519640244 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 20:31:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519568767 | + | Email/Text: ngisupport@radiusgs.com | Oct 20 2022 20:31:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519568768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519568769 | | Email/Text: legalservices12@snaponcredit.com | Oct 20 2022 20:31:00 | Snap-on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 519568770 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 20 2022 20:31:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519654892 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519570590 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| 519568772 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:20 | 23541-1021<br>Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519568774 | | Email/Text: bankruptcy@td.com | Oct 20 2022 20:32:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519568773 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 20 2022 20:31:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519568757 | ##+ | Hay, Hayt, Landau LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 519568771 | ##+ | Sunrun, 595 Market Street, 29th Floor, San Francisco, CA 94105-2842 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Brian K. Pallante bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Joint Debtor Marianne Pallante bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5