# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT **DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 22-13477 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Brian K. Pallante
Marianne Pallante

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 11/20/2008

I, **Leah Pattison**, employed as **Vice President** by MIDFIRST BANK, hereby certifies the following information:

Recorded on December 3, 2008 in Burlington County, in Document No. 4601542
Property Address: 4 Kent Court, Eastampton NJ 08060.

Mortgage Holder: MIDFIRST BANK

Mortgagor(s)/ Debtor(s): Brian K. Pallante

Marianne Pallante

POST-PETITION PAYMENTS (Petition filed on April 28, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 09/16/2022 | | | | | - |
| $2,500.00 AO Lump Sum | 09/16/2022 | | $2,500.00 | 10/25/2022 | - |
| $1,754.74 | 09/01/2022 | | $0.00 | | - |
| $1,754.74 | 10/01/2022 | | $0.00 | | - |
| $1,900.54 | 11/01/2022 | | $0.00 | | - |
| **Total Due: $7,910.02** | | **Total Received: $2,500.00** | | **Arrears: $5,410.02** | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,754.74, 1 mo. X 1,900.54
Arrears: 5,410.02

Each current monthly payment is comprised of:
    Principal & Interest:   $1,134.67
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $765.87   (Specify: Escrow)
    TOTAL   $1,900.54

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notice of Mortgage Payment Change filed 09/23/2022, effective 11/01/2022.

PRE-PETITION ARREARS: $59,011.07

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11-18-2022

Signature

Leah Pattison    Vice President