| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-13477 / CMG**

Brian K. Pallante  
Marianne Pallante

Petition Filed Date: 04/28/2022  
341 Hearing Date: 05/26/2022  
Confirmation Date: 10/19/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/2022 | $1,203.00 | 84835210 | 06/17/2022 | $1,203.00 | 85344090 | 07/11/2022 | $1,203.00 | 85764970 |
| 09/06/2022 | $1,203.00 | 86933010 | 09/09/2022 | $1,203.00 | 86955520 | 11/03/2022 | $1,466.00 | 88063270 |
| 11/04/2022 | $1,466.00 | 88070240 | 12/27/2022 | $1,466.00 | 89013170 | | | |

**Total Receipts for the Period: $10,413.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,413.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Brian K. Pallante | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,863.00 | $2,863.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/4 KENT COURT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,630.22 | $0.00 | $1,630.22 |
| 3 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $2,653.72 | $0.00 | $2,653.72 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,109.61 | $0.00 | $1,109.61 |
| 5 | LVNV FUNDING LLC<br>»» WEBBANK/FINGERHUT | Unsecured Creditors | $4,425.81 | $0.00 | $4,425.81 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2019 | Priority Crediors | $1,925.82 | $0.00 | $1,925.82 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $674.13 | $0.00 | $674.13 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,731.30 | $0.00 | $3,731.30 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,294.59 | $0.00 | $3,294.59 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,980.45 | $0.00 | $3,980.45 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $677.92 | $0.00 | $677.92 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS | Unsecured Creditors | $2,005.65 | $0.00 | $2,005.65 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $1,829.56 | $0.00 | $1,829.56 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $1,285.62 | $0.00 | $1,285.62 |

**Chapter 13 Case No. 22-13477 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »»   WAYFAIR | Unsecured Creditors | $3,188.57 | $0.00 | $3,188.57 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »»   THE BANK OF MISSOURI | Unsecured Creditors | $1,293.73 | $0.00 | $1,293.73 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »»   PROSPER FUNDING LLC | Unsecured Creditors | $10,124.01 | $0.00 | $10,124.01 |
| 18 | LENDINGCLUB | Unsecured Creditors | $558.68 | $0.00 | $558.68 |
| 19 | LENDINGCLUB BANK, NA | Unsecured Creditors | $20,099.52 | $0.00 | $20,099.52 |
| 20 | MIDFIRST BANK <br> »»  P/4 KENT COURT/1ST MTG/ORDER 8/3/22 | Mortgage Arrears | $59,085.07 | $5,192.57 | $53,892.50 |
| 21 | SYNCHRONY BANK <br> »»  LITTMAN JEWELERS | Unsecured Creditors | $1,302.22 | $0.00 | $1,302.22 |
| 22 | SYNCHRONY BANK <br> »»  LITTMAN JEWELERS | Unsecured Creditors | $779.35 | $0.00 | $779.35 |
| 23 | SYNCHRONY BANK <br> »»  CARECREDIT | Unsecured Creditors | $960.11 | $0.00 | $960.11 |
| 24 | NJ DIVISION OF TAXATION <br> »»  2019 | Priority Crediors | $1,200.19 | $0.00 | $1,200.19 |
| 25 | NJ DIVISION OF TAXATION <br> »»  2018 | Unsecured Creditors | $1,292.18 | $0.00 | $1,292.18 |
| 26 | MIDFIRST BANK <br> »»  4 KENT COURT/PP ARREARS 9/16/22 | Mortgage Arrears | $4,518.96 | $397.53 | $4,121.43 |
| 27 | MIDFIRST BANK <br> »»  4 KENT COURT/ATTY FEES 9/16/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Brad J. Sadek, Esq. <br> »»  ORDER 10/28/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 28 | MIDFIRST BANK <br> »»  4 KENT COURT/ATTY FEES 1/5/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,413.00 | Plan Balance: | $76,454.00 ** |
| Paid to Claims: | $9,591.10 | Current Monthly Payment: | $1,466.00 |
| Paid to Trustee: | $821.90 | Arrearages: | $4,398.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $86,867.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more  information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.