Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−13477−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian K. Pallante | Marianne Pallante |
| 4 Kent Court | 4 Kent Court |
| Mount Holly, NJ 08060 | Mount Holly, NJ 08060 |

Social Security No.:
   xxx−xx−2972                           xxx−xx−7324

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

     Debtor and Joint Debtor was entered on June 7, 2023.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 8, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-13477-CMG

Brian K. Pallante                                                                          Chapter 13

Marianne Pallante

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 4

Date Rcvd: Jun 08, 2023                           Form ID: 148                              Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian K. Pallante, Marianne Pallante, 4 Kent Court, Mount Holly, NJ 08060-3271 |
| 519568756 | + | Galaxy International Purchasing, Attn: CKS, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 519568759 | + | ISN Corp, 2000 N. Classen Blvd., Ste 3200, Oklahoma City, OK 73106-6034 |
| 519568760 | #+ | KML Law Group, 430 Mountain Ave, Ste 200, New Providence, NJ 07974-2731 |
| 519568766 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 519570492 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 519568777 | + | Webbank/Velocity Investments, Attn: Asset Recovery Solutions, 2200 E. Devon Ave., Ste 200, Des Plaines, IL 60018-4501 |

TOTAL: 7

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519568743 | + | EDI: BANKAMER.COM | | |
| | | | Jun 09 2023 00:54:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519568744 | + | EDI: CAPITALONE.COM | | |
| | | | Jun 09 2023 00:54:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519584069 | + | EDI: AIS.COM | | |
| | | | Jun 09 2023 00:54:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519568745 | + | EDI: CAPITALONE.COM | | |
| | | | Jun 09 2023 00:54:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519568747 | + | EDI: WFNNB.COM | | |
| | | | Jun 09 2023 00:54:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519568748 | + | EDI: WFNNB.COM | | |
| | | | Jun 09 2023 00:54:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519568749 | + | EDI: WFNNB.COM | | |
| | | | Jun 09 2023 00:54:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568750 | + | EDI: WFNNB.COM | | |
| | | | Jun 09 2023 00:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519568751 | + | EDI: CCS.COM | | |

| | | | |
|---|---|---|---|
| | | Jun 09 2023 00:54:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519568752 | + Email/Text: bankruptcies@crownasset.com | | |
| | | Jun 08 2023 21:04:00 | Crown Asset Management, 3100 Breckenridge Blvd., Unit 725, Duluth, GA 30096-7605 |
| 519568753 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Jun 08 2023 21:05:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519568754 | + EDI: BLUESTEM | | |
| | | Jun 08 2023 00:54:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519568755 | + Email/Text: crdept@na.firstsource.com | | |
| | | Jun 08 2023 21:05:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519568758 | + EDI: IRS.COM | | |
| | | Jun 09 2023 00:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519568746 | EDI: JPMORGANCHASE | | |
| | | Jun 09 2023 00:54:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519568761 | Email/Text: krivera@leadersfc.com | | |
| | | Jun 08 2023 21:04:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 519568763 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:11:05 | LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 519928510 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:10:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928511 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:11:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519574247 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:21:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519568762 | + EDI: LENDNGCLUB | | |
| | | Jun 09 2023 00:54:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519648687 | + EDI: LENDNGCLUB | | |
| | | Jun 09 2023 00:54:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519653802 | + EDI: AISMIDFIRST | | |
| | | Jun 09 2023 00:54:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519568764 | + EDI: AISMIDFIRST | | |
| | | Jun 09 2023 00:54:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519568765 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jun 08 2023 21:04:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519625046 | EDI: Q3G.COM | | |
| | | Jun 09 2023 00:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519632435 | EDI: Q3G.COM | | |
| | | Jun 09 2023 00:54:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519640244 | EDI: Q3G.COM | | |
| | | Jun 09 2023 00:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519568767 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jun 08 2023 21:04:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519568768 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:11:00 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519568769 | Email/Text: legalservices12@snaponcredit.com | | |
| | | Jun 08 2023 21:04:00 | Snap-on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 519568770 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jun 08 2023 21:04:00 | State of New Jersey Division of Taxation, P.O. |

|  |  |  | Box 254, Trenton, NJ 08695-0245 |
| 519654892 | + EDI: RMSC.COM | | |
| | | Jun 09 2023 00:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519570590 | + EDI: RMSC.COM | | |
| | | Jun 09 2023 00:54:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519568772 | + EDI: RMSC.COM | | |
| | | Jun 09 2023 00:54:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519568774 | EDI: TDBANKNORTH.COM | | |
| | | Jun 09 2023 00:54:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519568773 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jun 08 2023 21:04:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519568775 | ^ MEBN | | |
| | | Jun 08 2023 21:04:53 | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519568776 | ^ MEBN | | |
| | | Jun 08 2023 21:04:54 | Tromberg Morris puolin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519928626 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928629 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928627 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928630 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519568757 | ##+ | Hay, Hayt, Landau LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 519568771 | ##+ | Sunrun, 595 Market Street, 29th Floor, San Francisco, CA 94105-2842 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Brad J. Sadek | |

Brad J. Sadek

on behalf of Debtor Brian K. Pallante bradsadek@gmail.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

on behalf of Joint Debtor Marianne Pallante bradsadek@gmail.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6